UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MACK TRANSOU,

    Plaintiff,

v.                                               Cv. No. 04-3031-Ma

TENNESSEE DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed August 1, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

APPROVED: _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

(By) Earline Drayer
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-03031 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Mack Transou
SOUTH CENTRAL CORRECTIONAL CENTER
P.O. Box 279
Clifton, TN 38425

Honorable Samuel Mays
US DISTRICT COURT